```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DAVID ANDERSEN, husband,**
**and BONNIE ANDERSEN, wife,**

       **Plaintiffs,**

**v.**                    //    CIVIL ACTION NO. 1:07CV2
                               (Judge Keeley)

**TIM HAYNES, SR., individually**
**and in his capacity as agent**
**and employee of Sistersville,**
**CITY OF SISTERSVILLE, a West**
**Virginia municipal corporation,**

       **Defendants.**

<u>ORDER SCHEDULING HEARING</u>

The Court will conduct a telephone conference on **February 20, 2008 at 11:00 a.m.** at the **Clarksburg, West Virginia** point of holding court to address the joint motion to modify scheduling order(docket #25). The Court directs Robert McCoid, counsel for plaintiff, to initiate the call to **304-624-5850.** Counsel shall notify Mr. McCoid of the number where they may be reached for the conference by 3:00 p.m. February 19, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: February 14, 2008.

                                 <u>/s/ Irene M. Keeley</u>
                                 IRENE M. KEELEY
                                 UNITED STATES DISTRICT JUDGE